

## NUMBER 13-15-00121-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CITY OF HIDALGO & CITY OF ALTON,                     Appellants,

v.

YOLANDA L. RUIZ, INDIVIDUALLY, ET AL.,                     Appellees.

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

This case is before the Court on the unopposed motions filed by the City of Hidalgo and the City of Alton to dismiss this appeal. According to the motions, the Cities of Hidalgo and Alton have settled and compromised all claims pending between them and appellees, Yolanda L. Ruiz, individually et al., and as a result the Cities no longer desire to pursue this appeal. The Cities request that we dismiss this appeal and return this

case to the trial court for final disposition in that court. According to the motion, the appellee is in agreement with the relief sought.

We GRANT the motions and set aside the trial court's judgment without regard to the merits and REMAND this case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs will be taxed against appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). All other pending motions are DISMISSED as moot.

PER CURIAM

Delivered and filed the
5th day of November, 2015.

2